```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Walter D. Nealy 023181983
100 South Van Brunt Street, Suite 2-C
Englewood, NJ 07631
201 227-0063
walter@wdnlaw.com

In Re:

   Michael C Szczecina

Case No.: 19-32012

Chapter: 13

Judge: Meisel

# DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION
## AMENDED

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

   ■ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the amount of $ __4,750.00__ . I understand that I must demonstrate that additional services were unforeseeable at the time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

   Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

   Representation of the debtor in:
   - adversary proceedings,
   - loss mitigation/loan modification efforts,
   - post-confirmation filings and matters brought before the Court.

   I have received:                                            $ __800.00__

   The balance due is:                                          $ __3,950.00__

   The balance ☐ will ■ will not be paid through the plan.

   ☐ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this case, an hourly fee of $ ____. The hourly fee charged by other members of my firm that may provide services to this client range from $ ____ to $ ____. I understand that I must receive the Court's approval of any fees or expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

   I have received:                                            $ ____

2.  The source of the funds paid to me was:

   ■ Debtor(s)           ☐ Other (specify below)

3.  If a balance is due, the source of future compensation to be paid to me is:

    ■ Debtor(s)         ☐ Other (specify below)

4.  I ☐ have or ■ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.

Date: **January 17, 2020**                **/s/ Walter D. Nealy**
                                          **Walter D. Nealy 023181983**
                                          Debtor's Attorney

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy