WALTER D. NEALY
100 SOUTH VAN BRUNT ST.
SUITE 2C
ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-32012

Re:  MICHAEL C SZCZECINA
13 JAN COURT
ELMWOOD PARK,  NJ  07407

Atty:  WALTER D. NEALY
100 SOUTH VAN BRUNT ST.
SUITE 2C
ENGLEWOOD, NJ  07631

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/12/2019 | $751.00 | 9720804013 | 01/02/2020 | $751.00 | 6445004000 |

**Total Receipts: $1,502.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,502.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 78.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CITIBANK/BEST BUY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CREDIT ONE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | FIRST PREMIER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | GENESIS BANKCARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | HOMEBRIDGE FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | JOVONNY BOSKET FOR JAYLARE LOPEZ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | CAPITAL ONE, N.A. | UNSECURED | 162.42 | 0.00% | 0.00 | 0.00 |
| 0014 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRE | 26,214.84 | 100.00% | 0.00 | 0.00 |
| 0015 | MR. COOPER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | OCWEN LOAN SERVICING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | ONEMAIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | SYNCHRONY BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | WELLS FARGO BANK NV NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO HOME MOR | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | WFFINANCIAL/WELLS FARGO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | OCWEN LOAN SERVICING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $78.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $1,502.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $78.10        =    Funds on Hand: $1,423.90

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.