Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−32012−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael C Szczecina
   13 Jan Court
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6435

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/21/19 and a confirmation hearing on such Plan has been scheduled for 1/8/20.

The debtor filed a Modified Plan on 1/17/20 and a confirmation hearing on the Modified Plan is scheduled for 2/26/20 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 22, 2020
JAN: wdh

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael C Szczecina  
    Debtor

Case No. 19-32012-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jan 22, 2020  
                 Form ID: 186    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.

```
db            +Michael C Szczecina,    13 Jan Court,    Elmwood Park, NJ 07407-2724
518583387    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998)
518583386     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518583388     +Bergen County Sheriff,    10 Main Street,    Hackensack, NJ 07601-7042
518646604      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518583390     +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518583393     +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518583396     +Jovonny Bosket  for JayLare Lopez,,    C/O Alex Bouanim, Esq.,    Cellino &Barnes,PC,
               420 Lexington Ave, Suite 2140,    New York, NY 10170-2199
518583397     +KML Law Group,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
518583399     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518583400     +Mr. Cooper,    Attn: Bankruptcy,    Po Box 619098,    Dallas, TX 75261-9098
518661805     +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
518583403     +Superior Court of New Jersey,    BergenCo Courthouse -Civil Div Room 415,    10 Main Street,
               Hackensack, NJ 07601-7069
518583406     +Wells Fargo Bank Nv Na,    P O Box 31557,    Billings, MT 59107-1557
518583407      Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
               Des Moines, IA 50306
518583408      Wffinancial/Wells Fargo,    Attn: Bankruptcy 2nd Floor,    Po Box 6995,    Phoenix, AZ 85038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:04      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/PDF: cbp@onemainfinancial.com Jan 23 2020 01:00:55      One Main Financial Group, LLC,
               POB 3251,    Evansville, IN  47731-3251
518583389     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 01:01:53      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518583391     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2020 01:00:33      Credit One Bank,
               Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518583392      E-mail/Text: mrdiscen@discover.com Jan 23 2020 01:02:54      Discover Financial,
               Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518583394     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 23 2020 01:04:59      Genesis Bankcard Services,
               Attn: Bankruptcy Department,    Po Box 4477,    Beaverton, OR 97076-4401
518583395     +E-mail/Text: Bankruptcy@homebridge.com Jan 23 2020 01:04:51      HomeBridge Financial Services,
               Attn: Bankruptcy,    194 Wood Avenue South, Ninth Floor,    Iselin, NJ 08830-2710
518583398     +E-mail/Text: bncnotices@becket-lee.com Jan 23 2020 01:03:09      Kohls/Capital One,
               Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518583401     +Fax: 407-737-5634 Jan 23 2020 01:30:14      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
               Suite 100,    West Palm Beach, FL 33409-6493
518583402     +E-mail/PDF: cbp@onemainfinancial.com Jan 23 2020 01:00:13      OneMain Financial,
               Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
518583404     +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:31      Synchrony Bank,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518583405     +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:00:37      Synchrony Bank/Amazon,
               Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 22, 2020
                              Form ID: 186             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Peter E. Meltzer    on behalf of Creditor    One Main Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Michael C Szczecina nealylaw@gmail.com,
               r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                             TOTAL: 5
```