UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Walter D. Nealy, Esq.
100 S. Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: Nealyalw@gmail.com

Order Filed on April 21, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
Michael Szczecina

Case No.: 19-32012
Chapter: 13
Judge: SLM

## ORDER AUTHORIZING RETENTION OF

John Kapp, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: April 21, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____John Kapp, Esq._____
as _____special counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Gregory Helrich & Associates
   180 River Road
   Summit, New Jersey 07901

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*