UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC, d/b/a Mr. Cooper

In Re:

Michael C. Szczecina,

Debtor.

Case No.:        19-32012-SLM

Chapter:                13

Hearing Date:    10/13/2021

Judge:              Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 13 Jan Court, Elmwood Park, NJ (Docket # 51)

_____

Date: 10/8/2021                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*