| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>MICHAEL C SZCZECINA | Case No.: 19-32012<br><br>Adv. No.:<br><br>Hearing Date:  12/08/2021<br><br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/02/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MICHAEL C SZCZECINA
13 JAN COURT
ELMWOOD PARK, NJ  07407
Mode of Service:  Regular Mail

Attorney for Debtor(s):
WALTER D. NEALY
100 SOUTH VAN BRUNT ST.
SUITE 2C
ENGLEWOOD, NJ  07631
Mode of Service:  ECF and/or Regular Mail

Dated:  November 02, 2021

By:  /S/  Jessica Antoine
     Jessica Antoine