Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−32012−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael C Szczecina
   13 Jan Court
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6435

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 13, 2022.

Dated: January 13, 2022
JAN: ntp

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael C Szczecina  
     Debtor

Case No. 19-32012-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 13, 2022      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael C Szczecina, 13 Jan Court, Elmwood Park, NJ 07407-2724 |
| sp | + | John Kapp Esq, Gregory Helrich & Associates, 180 River Road, Summit, NJ 07901-1421 |
| 518583386 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518583387 | + | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518583388 | + | Bergen County Sheriff, 10 Main Street, Hackensack, NJ 07601-7042 |
| 518646604 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518583396 | + | Jovonny Bosket for JayLare Lopez,, C/O Alex Bouanim, Esq., Cellino &Barnes,PC, 420 Lexington Ave, Suite 2140, New York, NY 10170-2199 |
| 518583399 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518583400 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 518661805 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518583403 | + | Superior Court of New Jersey, BergenCo Courthouse -Civil Div Room 415, 10 Main Street, Hackensack, NJ 07601-7069 |
| 518583406 | + | Wells Fargo Bank Nv Na, P O Box 31557, Billings, MT 59107-1557 |
| 518583407 | | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518583408 | | Wffinancial/Wells Fargo, Attn: Bankruptcy 2nd Floor, Po Box 6995, Phoenix, AZ 85038 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: cbp@onemainfinancial.com | Jan 13 2022 20:50:08 | One Main Financial Group, LLC, POB 3251, Evansville, IN 47731-3251 |
| 518583389 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518646604 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2022 20:50:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518583390 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 20:50:13 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518583391 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2022 20:50:11 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518583392 | | Email/Text: mrdiscen@discover.com | Jan 13 2022 20:46:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518583393 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2022 20:50:04 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518583394 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 13 2022 20:46:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, Po Box 4477, Beaverton, OR 97076-4401 |
| 518583395 | + | Email/Text: Bankruptcy@homebridge.com | Jan 13 2022 20:46:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |
| 518583398 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2022 20:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518583401 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2022 20:46:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 518583402 | + | Email/PDF: cbp@onemainfinancial.com | Jan 13 2022 20:50:01 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 518583404 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:08 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518583405 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518583397 | ##+ | KML Law Group, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Peter E. Meltzer | on behalf of Creditor One Main Financial Group LLC pmeltzer@wglaw.com, ibernatski@wglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: plncf13 | Total Noticed: 29 |

Walter D. Nealy
                        on behalf of Debtor Michael C Szczecina nealylaw@gmail.com
                        r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

TOTAL: 6