Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32012−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael C Szczecina
   13 Jan Court
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6435

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/8/22 at 02:30 PM

to consider and act upon the following:

*72* − Objection to Debtor(s) Attorney's Application for Compensation (related document:71 Application for Compensation for Walter D. Nealy, Debtor's Attorney, period: 10/6/2021 to 1/19/2022, fee: $800.00, expenses: $0.00. Filed by Walter D. Nealy. Objection deadline is 1/26/2022. (Attachments: # 1 Cover Sheet # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Michael C Szczecina) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/20/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court