Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−32012−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael C Szczecina
    13 Jan Court
    Elmwood Park, NJ 07407

Social Security No.:
    xxx−xx−6435

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/8/22 at 02:30 PM

to consider and act upon the following:

*72* − Objection to Debtor(s) Attorney's Application for Compensation (related document:71 Application for Compensation for Walter D. Nealy, Debtor's Attorney, period: 10/6/2021 to 1/19/2022, fee: $800.00, expenses: $0.00. Filed by Walter D. Nealy. Objection deadline is 1/26/2022. (Attachments: # 1 Cover Sheet # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Michael C Szczecina) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/20/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-32012-SLM

Michael C Szczecina                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 2
Date Rcvd: Jan 20, 2022                     Form ID: ntchrgbk                   Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael C Szczecina, 13 Jan Court, Elmwood Park, NJ 07407-2724 |
| sp | + | John Kapp Esq, Gregory Helrich & Associates, 180 River Road, Summit, NJ 07901-1421 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: cbp@onemainfinancial.com | Jan 20 2022 20:39:22 | One Main Financial Group, LLC, POB 3251, Evansville, IN 47731-3251 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |

Peter E. Meltzer
　　　　　on behalf of Creditor One Main Financial Group  LLC pmeltzer@wglaw.com, ibernatski@wglaw.com

U.S. Trustee
　　　　　USTPRegion03.NE.ECF@usdoj.gov

Walter D. Nealy
　　　　　on behalf of Debtor Michael C Szczecina nealylaw@gmail.com
　　　　　r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com


TOTAL: 6