Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32012−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael C Szczecina
  13 Jan Court
  Elmwood Park, NJ 07407

Social Security No.:
  xxx−xx−6435

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/8/23 at 10:00 AM

to consider and act upon the following:

*89* − Chapter 13 Debtor's Certification in Opposition to Rushmore Loan Management Certification of Default (related document:88 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for BKPL−EG Series N Trust. Objection deadline is 02/10/2023. (Attachments: # 1 Exhibit A. Consent Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for BKPL−EG Series N Trust) filed by Walter D. Nealy on behalf of Michael C Szczecina. (Attachments: # 1 Certificate of Service) (Nealy, Walter)

Dated: 2/3/23

  Jeanne Naughton
  Clerk, U.S. Bankruptcy Court