Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32012−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael C Szczecina
   13 Jan Court
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6435

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/8/23 at 10:00 AM

to consider and act upon the following:

*89 −* Chapter 13 Debtor's Certification in Opposition to Rushmore Loan Management Certification of Default (related document:88 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for BKPL−EG Series N Trust. Objection deadline is 02/10/2023. (Attachments: # 1 Exhibit A. Consent Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for BKPL−EG Series N Trust) filed by Walter D. Nealy on behalf of Michael C Szczecina. (Attachments: # 1 Certificate of Service) (Nealy, Walter)

Dated: 2/3/23

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-32012-SLM

Michael C Szczecina     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael C Szczecina, 13 Jan Court, Elmwood Park, NJ 07407-2724 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association as trustee for BKPL-EG Series N Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee for BKPL-EG Series N Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

Peter E. Meltzer
    on behalf of Creditor One Main Financial Group  LLC pmeltzer@wglaw.com, ibernatski@wglaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter D. Nealy
    on behalf of Debtor Michael C Szczecina nealylaw@gmail.com
    r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com

TOTAL: 8